UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

Plaintiff,

vs.

Criminal No. 04-80642
Honorable Paul D. Borman

D-11 WILLIAM J. SATTERFIELD,

Defendant.
_____/

## CONSENT PRELIMINARY ORDER OF FORFEITURE

WHEREAS, a Superceding Indictment was filed on May 4, 2006, charging William Satterfield ("the Defendant"), among others, with violations of 21 U.S.C. §§ 841, 846 and 843; and 18 U.S.C. § 922;

WHEREAS, the Defendant entered into a Rule 11 Plea Agreement on March 14, 2007, wherein he agreed to plead guilty to violations of 21 U.S.C. §§ 841(a)(1) and 846;

WHEREAS, an Addendum To The Rule 11 Plea Agreement Regarding Forfeiture was filed with the court on May 21, 2007, wherein the Defendant agreed to the entry of a money judgment in the amount of $572,866.00 pursuant to 21 U.S.C. § 853(a)(1) and Fed.R.Crim.P. 32.2(b)(1);

WHEREAS, the parties also agreed in the addendum that the Defendant would execute a consent judgment and final order of forfeiture that would forfeit his interest in the defendant assets in a related civil forfeiture case, U.S. v $65,387.00, et al, (Docket No. 05-72329; Feikens) to the United States; further, the parties agreed that the amount of money or property forfeited to the United States through the civil proceeding (estimated at $105,000.00) would be applied towards satisfaction of the money judgment in this matter;

NOW, THEREFORE, pursuant to Fed.R.Crim.P.32.29(b)(1), and based upon the agreement and consent of the Defendant:

IT IS HEREBY ORDERED AND ADJUDGED that a money judgment in the amount of $572,866.00 is granted and entered against the Defendant.

IT IS FURTHER ORDERED that the money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of the Defendant. To satisfy the money judgment, the Defendant explicitly agrees to the forfeiture of any assets he has now, or Smay later acquire, as substitute assets under 21 U.S.C. § 853(p)(2) and waives and relinquishes his rights to oppose the forfeiture of substitute assets under 21 U.S.C. § 853(p)(1) or otherwise.

IT IS FURTHER ORDERED that the money judgment shall be reduced by the amount of the proceeds realized by the United States from any assets forfeited in a related civil matter, <u>U.S. v $65,387.00, et al</u>, (Docket No. 05-72329; Feikens).

_____
T.N. ZIEDAS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9573
peter.ziedas@usdoj.gov
P-34653

Dated: 6/26/07

_____
~~WARREN E. HARRIS~~ PATRICK CLEARY
Attorney for William Satterfield
~~29777 Telegraph Road, Suite 25~~00
~~Southfield, Michigan~~ 48034
~~(248) 357-4800~~
~~WEH050844~~@aol.com
~~P-44119~~

Dated: _____

_____
WILLIAM SATTERFIELD
Defendant

Dated: 6-26-07

IT IS SO ORDERED.

Dated: 7-5-07

_____
PAUL D. BORMAN
United States District Judge