FILED

AUG 21 2007

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

WILLIAM SATTERFIELD,

       Defendant.

_____/

CRIMINAL NO. 04-80642

HON. PAUL D. BORMAN

### ORDER GRANTING MOTION TO DELAY REPORT DATE

Defendant, William Satterfield, having filed a motion to delay defendant's report date, and the government having no objection to the extension;

**THEREFORE, IT IS ORDERED**, that defendant's motion to delay his reporting date is **GRANTED**. Defendant is to surrender on **9/20/07** at FCI Elkton at Elkton Ohio.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 8/21/07

NO FURTHER DELAYS

PB