UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WILLIAM SATTERFIELD,

    Defendant.
_____/

CRIMINAL NO. 04-80642

HON. PAUL D. BORMAN

## **ORDER TO REPORT**

It appearing that defendant, William Satterfield was admitted to Sinai-Grace hospital on September 18, 2007 for congestive heart failure, thereby delaying defendant's reporting date to Elkton, Ohio,

**THEREFORE, IT IS ORDERED**, that defendant shall report for service of his sentence immediately upon his discharge to the designated institution, that being, Elkton, Ohio.

                      s/Paul D. Borman
                      PAUL D. BORMAN
                      UNITED STATES DISTRICT JUDGE

Dated: September 20, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 20, 2007.

s/Denise Goodine
Case Manager