UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Hon. Paul D. Borman

v.                                                 Crim. No. 04-80642

WILLIAM SATTERFIELD,

        Defendant.
_____/

## AMENDED PRELIMINARY ORDER OF FORFEITURE

Upon Motion of the UNITED STATES OF AMERICA pursuant to Fed. R. Crim. P. 32.2(e)(1)(A) and (e)(1)(B), and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that the Consent Preliminary Order of Forfeiture entered on or about July 5, 2007 (the "initial Order") is amended to provide that the defendant's ownership interest in a 2000 Kenilworth Tractor, VIN 1XKWD69X89R849788, and a Wabash Trailer, VIN 1JJV482W3YL589136, are hereby **EXTINGUISHED**, and **FORFEITED** to and **VESTED** in the UNITED STATES OF AMERICA, subject only to the rights of ancillary claimants, if any, as provided in Fed. R. Crim. P. 32.2(c)(1), and who shall be given notice and opportunity to raise ancillary claims as provided in 21 U.S.C. § 853(n).

**IT IS FURTHER ORDERED** that in all other respects, the initial Order shall remain unchanged and remains in full force and effect.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 6, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 6, 2007.

                                                              s/Denise Goodine
                                                               Case Manager