UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Hon. Paul D. Borman

v.        Crim. No. 04-80642

WILLIAM SATTERFIELD,

        Defendant.

_____/

**SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on December 5, 2007, the United States filed a Motion For Entry Of Amended Preliminary Order Of Forfeiture pursuant to Fed. R. Crim. P. 32.2(e)(1)(A) and (e)(1)(B);

WHEREAS, on December 6, 2007, the court issued an Amended Preliminary Order Of Forfeiture, which forfeited defendant William Satterfield's interest in a 2000 Kenilworth Tractor VIN 1XKWD69X89R849788, and a Wabash Trailer, VIN 1JJV482W3YL589136;

WHEREAS, it was subsequently discovered that the VIN for the 2000 Kenilworth Tractor was incorrect;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Consent Preliminary Order of Forfeiture entered on or about July 5, 2007 (the "initial Order") and the Amended Preliminary Order Of Forfeiture entered on December 6, 2007, are amended to provide that the defendant's ownership interest in a 2000 Kenilworth Tractor, VIN 1XKWD69X8**Y**R849788, as corrected, and a Wabash Trailer, VIN 1JJV482W3YL589136, are hereby **EXTINGUISHED**, and **FORFEITED** to and **VESTED** in the UNITED STATES OF AMERICA, subject only to the rights of ancillary claimants, if any, as provided in Fed. R. Crim. P. 32.2(c)(1), and who shall be

given notice and opportunity to raise ancillary claims as provided in 21 U.S.C. § 853(n).

**IT IS FURTHER ORDERED** that in all other respects, the initial Order shall remain unchanged and remains in full force and effect.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 7, 2008.

s/Denise Goodine
Case Manager