UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                       Criminal No. 04-80642
                                                              Honorable Paul D. Borman

WILLIAM SATTERFIELD,

        Defendant.
_____/

## **FINAL ORDER OF FORFEITURE OF SUBSTITUTES ASSETS**

This matter having come before the Court on the Application of the United States of America for entry of a Final Order Of Forfeiture of Substitute Assets, and the Court having reviewed the Application, being familiar with the pleadings filed in this action and taking into consideration the relevant portions of the record of the criminal case, the Court finds as follows:

WHEREAS, on February 7, 2008, this Court entered a Second Amended Preliminary Order of Forfeiture in this matter pursuant to Fed. R. Crim. Pro 32.2(e) and 21 U.S.C. § 853(p), forfeiting the right, title and interest of defendant William Satterfield in the following assets:

    a) 2000 Kenilworth Tractor, VIN 1XKWD69X8YR849788, Asset ID No. 08-DEA-493099; and

    b) Wabash Trailer, VIN 1JJV482W3YL589136 (Asset ID No. 08-DEA-493369).

WHEREAS, notice of this action was published for at least 30 days on www.forfeiture.gov, an official government internet site, beginning on March 25, 2008, directing any person claiming an interest in the assorted gold coins to file a verified claim within sixty (60) days from the first day of publication, and an answer to the complaint within twenty (20) days

thereafter. (Docket No. 344, Declaration of Publication); and

WHEREAS, no petitions have been filed for the subject property identified above, now therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to 21 U.S.C. § 853(p), that the full right, title and interest in 2000 Kenilworth Tractor and Wabash Trailer, described above, is hereby **FORFEITED** to the United States of America. Any right, title, or ownership interest of Defendant William Satterfield, or his successors and assigns, and any interest of any other person, in the above listed property is hereby and forever **EXTINGUISHED** and clear title to said property shall hereby be **VESTED** in the United States of America;

**IT IS FURTHER ORDERED** that the United States Marshals Service is authorized to dispose of the above described forfeited property as authorized by law.

**IT IS FURTHER ORDERED** that upon the sale or liquidation of the subject tractor and trailer, the proceeds shall be applied to satisfy the outstanding money judgment against William Satterfield.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: October 7, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 7, 2008.

s/Denise Goodine<br>
Case Manager